JEFFREY D. CAWDREY (SBN: 120488)
KIMBERLY D. HOWATT (SBN: 196921)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
jcawdrey@gordonrees.com
khowatt@gordonrees.com

Attorneys for Plaintiffs PERFORMANCE ADVANTAGE GROUP, INC., a Nevada corporation; REAL ESTATE TRAINING INTERNATIONAL, LLC, a Delaware limited liability company; ARMANDO MONTELONGO COMPANIES, INC., a Delaware corporation; and ARMANDO MONTELONGO, JR., an individual

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE ADVANTAGE GROUP, INC., a Nevada corporation; REAL ESTATE TRAINING INTERNATIONAL, LLC, a Delaware limited liability company; ARMANDO MONTELONGO COMPANIES, INC., a Delaware corporation; and ARMANDO MONTELONGO, JR., an individual;<br><br>  Plaintiffs,<br><br>vs.<br><br>PETER G. PEREZ, an individual; and LINDA D. PEREZ, an individual,<br><br>  Defendants. | CASE NO. 11-cv-1747-BEN (NLS)<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>[FED.R.CIV.P. 7.1; CIV. L.R. 40.2] |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2, the undersigned counsel of record for the above-captioned plaintiffs hereby certifies, to the best of their knowledge, that no publicly held corporation owns ten percent (10%) or more of either PERFORMANCE ADVANTAGE GROUP, INC.; REAL ESTATE TRAINING INTERNATIONAL, LLC; or, ARMANDO MONTELONGO COMPANIES, INC.

///

///

-1-

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST**

1  The parent corporation of each PERFORMANCE ADVANTAGE GROUP, INC. and
2  REAL ESTATE TRAINING INTERNATIONAL, LLC is ARMANDO MONTELONGO
3  COMPANIES, INC.  ARMANDO MONTELONGO COMPANIES, INC. has no parent
4  corporation.

5  Plaintiff ARMANDO MONTELONGO, JR. is an individual, and not a corporate party.

7  Dated: August 12, 2011                    GORDON & REES LLP

8                                             By:   */s/ Kimberly D. Howatt*
                                                    Jeffrey D. Cawdrey
9                                                   Kimberly D. Howatt
                                                    Attorneys for Plaintiffs