JEFFREY D. CAWDREY (SBN: 120488)
KIMBERLY D. HOWATT (SBN: 196921)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA  92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124
jcawdrey@gordonrees.com
khowatt@gordonrees.com

Attorneys for Plaintiffs PERFORMANCE ADVANTAGE GROUP, INC., a Nevada corporation; REAL ESTATE TRAINING INTERNATIONAL, LLC, a Delaware limited liability company; ARMANDO MONTELONGO COMPANIES, INC., a Delaware corporation; and ARMANDO MONTELONGO, JR., an individual

PETER G. PEREZ
LINDA D. PEREZ
Defendants *in Propria Persona*
24 Jurassic Park Road
Catskill, NY 12414
Telephone: (518) 821-1347
Facsimile: n/a
Pete0000@aol.com
LindaDPerez@aol.com

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE ADVANTAGE GROUP, INC., a Nevada corporation; REAL ESTATE TRAINING INTERNATIONAL, LLC, a Delaware limited liability company; ARMANDO MONTELONGO COMPANIES, INC., a Delaware corporation; and ARMANDO MONTELONGO, JR., an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>PETER G. PEREZ, an individual; and LINDA D. PEREZ, an individual,<br><br>Defendants. | CASE NO.  11-cv-1747-BEN (NLS)<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED PERMANENT INJUNCTION AND JUDGMENT**<br><br>[Proposed Judgment Submitted Concurrently Herewith]<br><br>Date: n/a<br>Time: n/a<br>Dept.:  Courtroom 3 (4th Floor)<br>Judge:  Hon. Roger T. Benitez |

///

///

Plaintiffs PERFORMANCE ADVANTAGE GROUP, INC., REAL ESTATE TRAINING INTERNATIONAL, LLC, ARMANDO MONTELONGO COMPANIES, INC., and ARMANDO MONTELONGO, JR. (collectively "Plaintiffs"), by and through their above-listed counsel of record, and defendants PETER G. PEREZ and LINDA D. PEREZ (collectively "Defendants"), *in propria persona*, have reached an agreement involving resolution of this case. As part of such agreement, the parties have stipulated to the entry of a permanent injunction and judgment in the form submitted concurrently herewith. Plaintiffs and Defendants hereby jointly request that this Court enter the Proposed Judgment.

Dated: August 19, 2011

GORDON & REES LLP

By: _____
Jeffrey D. Cawdrey
Kimberly D. Howatt
Attorneys for Plaintiffs

Dated: August ___, 2011

By: _____
Peter G. Perez
Defendant *In Propria Persona*

Dated: August ___, 2011

By: _____
Linda D. Perez
Defendant *In Propria Persona*

**JOINT MOTION FOR ENTRY OF STIPULATED PERMANENT INJUNCTION AND JUDGMENT**

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

AMON/1059748/10376380v.1

Plaintiffs PERFORMANCE ADVANTAGE GROUP, INC., REAL ESTATE TRAINING INTERNATIONAL, LLC, ARMANDO MONTELONGO COMPANIES, INC., and ARMANDO MONTELONGO, JR. (collectively "Plaintiffs"), by and through their above-listed counsel of record, and defendants PETER G. PEREZ and LINDA D. PEREZ (collectively "Defendants"), *in propria persona*, have reached an agreement involving resolution of this case. As part of such agreement, the parties have stipulated to the entry of a permanent injunction and judgment in the form submitted concurrently herewith. Plaintiffs and Defendants hereby jointly request that this Court enter the Proposed Judgment.

Dated: August ___, 2011

GORDON & REES LLP

By: _____
Jeffrey D. Cawdrey
Kimberly D. Howatt
Attorneys for Plaintiffs

Dated: August 19, 2011

By: _____
Peter G. Perez
Defendant *In Propria Persona*

Dated: August 19, 2011

By: _____
Linda D. Perez
Defendant *In Propria Persona*