FILED
AUG 23 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE ADVANTAGE GROUP, INC., a Nevada corporation; REAL ESTATE TRAINING INTERNATIONAL, LLC, a Delaware limited liability company; ARMANDO MONTELONGO COMPANIES, INC., a Delaware corporation; and ARMANDO MONTELONGO, JR., an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>PETER G. PEREZ, an individual; and LINDA D. PEREZ, an individual,<br><br>Defendants. | CASE NO. 11-cv-1747-BEN (NLS)<br><br>**STIPULATED JUDGMENT FOR PERMANENT INJUNCTION** |

### Permanent Injunction

Defendants PETER G. PEREZ and LINDA D. PEREZ (collectively "Defendants"), and each of their agents, representatives, conduits, employees, successors, and assigns, and any and all other persons acting by, through, under, at the direction of, or in concert with them, are permanently enjoined from, either directly or indirectly, making any statements, written or oral, or via body language, sign, or expression, that defame, disparage, discuss in a negative manner, or in any way criticize the personal and/or business reputations, practices, products, services, seminars, methods, or conduct of any of plaintiffs PERFORMANCE ADVANTAGE GROUP, INC., REAL ESTATE TRAINING INTERNATIONAL, LLC, ARMANDO MONTELONGO

1  COMPANIES, INC., or ARMANDO MONTELONGO, JR., or Armando Montelongo Seminars,
2  Armando Montelongo International, Inc., or Armando Montelongo Worldwide, Inc., or any
3  agents, affiliates, shareholders, officers, directors, licensees, licensors, successors, predecessors,
4  assigns, parent companies, and sister companies of any of the foregoing, or their products,
5  seminars, or services.

6  Defendants and each of their agents, representatives, conduits, employees, successors,
7  and assigns, and any and all other persons acting by, through, under, at the direction of, or in
8  concert with them, are further permanently enjoined from disseminating, issuing, transmitting,
9  publishing, providing, or disclosing, or causing or encouraging to be disseminated, issued,
10 transmitted, published, provided, or disclosed, any statements, documents, information, or
11 writings, including but not limited to, e-mail, correspondence, complaints, letters, notes,
12 bulletins, releases, pleadings, legal documents, or media promulgations, which do, will, would,
13 or could, in any way defame, disparage, discuss in a negative manner, or in any way criticize
14 plaintiffs PERFORMANCE ADVANTAGE GROUP, INC., REAL ESTATE TRAINING
15 INTERNATIONAL, LLC, ARMANDO MONTELONGO COMPANIES, INC., or ARMANDO
16 MONTELONGO, JR., or Armando Montelongo Seminars, Armando Montelongo International,
17 Inc., or Armando Montelongo Worldwide, Inc., or their products, seminars, or services, in any
18 public forum including, but not limited to the Internet, radio, print media, social network, public
19 forum, survey, web tv, You Tube, Skype, mail, or television.

## Costs

21 The parties shall each bear their own costs of suit.

23 Dated: August __, 2011

By: _____
Hon. Roger T. Benitez, Judge
U.S. District Court